AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ORLANDO JAIME,

     Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:08-cv-00458-ECR-RAM**

JIM GIBBONS,

     Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint is **DISMISSED with prejudice.**


  March 30, 2009                                                  **LANCE S. WILSON**
                                                                                         Clerk

                                                                                       /s/ D. R. Morgan
                                                                                      Deputy Clerk